ACCEPTED
03-13-00585-CR
7156323
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/29/2015 6:53:14 PM
JEFFREY D. KYLE
CLERK

NO. 03-13-00585-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/29/2015 6:53:14 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS

# FOR THE THIRD SUPREME JUDICIAL DISTRICT

# AUSTIN, TEXAS

| | | |
|---|---|---|
| TRENT KENDALL STANLEY | § | APPELLANT |
| | § | |
| VS. | § | |
| | § | |
| THE STATE OF TEXAS | § | APPELLEE |

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING AND MOTION FOR REHEARING ACCOMPANYING REQUEST FOR EXTENSION OF TIME

TO THE HONORABLE COURT OF APPEALS:

This motion is filed on behalf of TRENT KENDALL STANLEY by his attorney pursuant to the Texas Rules of Appellate Procedure, Rules 49.8 and 10.5(b):

## I.

### Procedural History

Stanley was arrested on August 28, 2009 for the offense of driving while intoxicated. [Clerk's Record, p. 7] He was charged with the

1

misdemeanor offense of driving while intoxicated, and on that date he was charged by information in cause number 94017 in County Court at Law Number 1/2 of Hays County, Texas. [Clerk's Record, p. 8] A jury trial was convened on March 19, 20112 at which Stanley pleaded not guilty. A jury was selected and sworn. However, a juror failed to appear, and a mistrial was ordered *sua sponte* by the court. [Clerk's Record, p. 14]

Stanley filed his pre-trial Application for Writ of Habeas Corpus claiming a violation of jeopardy principles by the court's forcing him to another trial. [C.R., p. 15] After a hearing on the application for writ, the trial court entered final order denying relief on July 24, 2013. [C.R. p. 34] The trial court entered its findings of fact and conclusions on law on August 9, 2013. [C.R. 41]

Stanley timely filed his notice of appeal. [CR, pp. 39,47] The briefs of both parties have been submitted. This Court submitted the case on briefs.

This Court filed its opinion denying relief on August 14, 2015.

This Court granted one previous extension of time at Appellant's request after which the motion was due to be filed on September 28, 2015.

## II.

## T.R.A.P., Rule 49.8

The last date for filing the Motion for Rehearing was September 28, 2015. However, after consulting with his client, counsel for Stanley wishes to file a Motion for Rehearing. Rule 49.8 authorizes Mr. Stanley to seek an extension to file his motion for rehearing "no later than 15 days after the last date for filing the motion." This motion will be filed electronically on September 29, 2015 which date is within 15 days after the last date for filing the motion.

## III.

## T.R.A.P. Rule 10.5 (b)

(A)    As previously stated, Appellant computes the deadline for filing the Motion for Rehearing as September 28, 2015 (Monday) at the latest. This motion is filed electronically within 15 days of that date.

(B)    Appellant requests an extension to September 29, 2015.

(C)    After the extension counsel was the course director and speaker for a three day MCLE seminar in Boerne, Texas for September 23rd – 25th, 2015. Several speakers for the State Bar Approved CLE program cancelled at the last few days before the seminar and several speakers had failed to turn in their papers. Counsel was quite busy making certain that the program would be performed as approved for several days up to and including the 22nd of September. Counsel had done some briefing on the case, but questions arose concerning the statement of facts. Counsel purchased over the internet and email with the Clerk of Court in Hays County what was represented as a complete record. However, upon reading it counsel found that the majority of the statement of

3

facts was not present. Therefore, on September 28th counsel drove to San Marcos, Texas to confer with the clerk and the court reporters. The complete statement of facts was emailed that afternoon. Counsel was able to complete the brief on the 29th.

(D)     There has been one previous extension for this motion.

WHEREFORE, Appellant's counsel requests an extension of time to file his Motion for Rehearing.


**STATE OF TEXAS**          §

**COUNTY OF BEXAR**          §

BEFORE ME the undersigned authority on this day personally appeared George Scharmen who upon his oath stated that the facts contained in the foregoing Motion are true and correct to the best of his knowledge and belief.

SIGNED and SWORN TO this the ___ day of September, 2015.

ELSA M TORRES
Notary Public
STATE OF TEXAS
My Comm. Exp. __ 12, 2017

NOTARY PUBLIC
STATE OF TEXAS

4

Respectfully submitted,


GEORGE SCHARMEN
315 Dwyer
San Antonio, Texas 78204
Telephone: 210-226-8021
Facsimile:   210-224-5722
State Bar No. 17727500
ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been mailed to the Office of the District Attorney of Hays County, Texas this the 20th day of September, 2015.